UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM HWANG, Individually and On
Behalf of All Others Similarly Situated,

                      Plaintiff,

     vs.

SMITH & WESSON HOLDING CORP., et
al.,

                 Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 07-30238-MAP

## ASSENTED-TO MOTION FOR RECONSIDERATION
## OF THE COURT'S JANUARY 25, 2008 ORDER

Plaintiff William Hwang ("Plaintiff") hereby respectfully moves this Court for an Order
(attached hereto as Exhibit A) granting reconsideration of the Court's January 25, 2008 Order (the
"Order") that requires motions for appointment of Lead Plaintiff be filed by no later than February 4,
2008. This motion is made on the grounds that the deadline set by the Order shortens the time in
which investors may seek appointment as Lead Plaintiff, as set forth in the Private Securities
Litigation Reform Act of 1995 (the "PSLRA"), by one week. *See* 15 U.S.C. §78u-4(a)(3)(A)(i)(II);
*see also Coopersmith v. Lehman Bros.*, 344 F. Supp. 2d 783, 785 (D. Mass. 2004) ("The PSLRA
prescribes notice procedures that a plaintiff must follow when filing a class action alleging violations
of federal securities law."). As detailed below, Plaintiff respectfully requests that, in accordance
with the PSLRA, the deadline for filing motions for appointment of Lead Plaintiff be extended from
February 4, 2008 until February 11, 2008.

The PSLRA provides that, among other things, the plaintiff who files the initial complaint
must publish a notice, within 20 days of filing the action, informing class members of their right to

file a motion for appointment as lead plaintiff. 15 U.S.C. §78u-4(a)(3)(A)(i).  In compliance with this requirement, Plaintiff caused notice regarding the pendency of this Action (a copy of which is attached hereto as Exhibit B) to be published on *Business Wire*, a national, business-oriented newswire service, on December 13, 2007.  The PSLRA further provides that, within 60 days after publication of the notice, any person or group of persons who are members of the proposed class may apply to the Court to be appointed as lead plaintiff.  *See* 15 U.S.C. §78u-4(a)(3)(A)(i)(II); *see also Brown v. Biogen IDEC, Inc.*, Civil Action No. 05-10400-RCL, 2005 U.S. Dist. LEXIS 19350, at \*5 (D. Mass. July 26, 2005) (stating that "notice provides a temporal guidepost for determining the most adequate lead plaintiff." In particular, "Not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff."); *Coopersmith*, 344 F. Supp. 2d at 785 ("Once notice has been published, class members have 60 days to 'move the court to serve as lead plaintiff of the purported class.'") (internal citations omitted).

Since notice in this action was provided on December 13, 2007 and, in accordance with the PSLRA, the notice advised investors that they had 60 days in which to seek appointment as Lead Plaintiff, class members should have until February 11, 2008, *i.e.* 60 days after the first notice, to seek appointment as Lead Plaintiff.

Accordingly, Plaintiff respectfully requests that the Court reconsider its Order setting the deadline for filing motions for appointment as Lead Plaintiff from no later than February 4, 2008 to no later than February 11, 2008.

Dated:  February 1, 2008                    Respectfully submitted,


                                            _____/s/ Adam M. Stewart_____

                                            Thomas G. Shapiro (BBO# 454680)
                                            Adam M. Stewart (BBO# 661090)
                                            SHAPIRO HABER & URMY LLP
                                            53 State Street
                                            Boston, MA  02109
                                            Telephone: 617/439-3939
                                            617-439-0134 (fax)

                                            COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            JONAH H. GOLDSTEIN
                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)

                                            COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            SAMUEL H. RUDMAN
                                            DAVID A. ROSENFELD
                                            MARIO ALBA, JR.
                                            58 South Service Road, Suite 200
                                            Melville, NY  11747
                                            Telephone:  631/367-7100
                                            631/367-1173 (fax)

                                            *Attorneys for Plaintiff*


## LOCAL RULE 7.1(A)(2) CERTIFICATION

        I certify that on January 31, 2008, I conferred with Jason Moreau, counsel for Defendants in a good faith attempt to narrow the issues raised by this motion, and Defendants assented to the filing of this motion.


                                            **/s/ Adam M. Stewart_____**
                                            Adam M. Stewart


- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 1, 2008.

/s/ Adam M. Stewart_____
Adam M. Stewart