**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IN RE SMITH & WESSON HOLDING CORP. SEC. LITIG. | ) ) ) ) ) | C.A. No. 07-30238 |

**DECLARATION OF BRYAN A. WOOD IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Bryan A. Wood, deposes and says:

1.  I am a partner with the law firm of Berman DeValerio and counsel to Plaintiff Oklahoma Firefighters Pension and Retirement System in the above-captioned matter.

2.  Attached hereto as <u>Exhibit A</u> is a true and correct copy of Smith and Wesson Holding Corp.'s quarterly report on Form 10-Q for the period ended October 31, 2008, which was filed with the United States Securities & Exchange Commission on December 15, 2008.

3.  Attached hereto as <u>Exhibit B</u> is a true and correct copy of Berman DeValerio's firm resume.

Signed under the penalties of perjury this 13th day of October, 2009.

<u>/s/ Bryan A. Wood, BBO#648414</u>
bwood@bermandevalerio.com
