UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SMITH & WESSON HOLDING CORP. SEC. LITIG. | Civil Action No. 07-CV-30238-MAP |

**DEFENDANT SMITH & WESSON HOLDING CORP.'S
MOTION TO COMPEL RESPONSIVE ANSWERS AS WELL
AS THE PRODUCTION OF DOCUMENTS AND INFORMATION**

Pursuant to Fed. R. Civ. P. 26, 34(b), 37(a), and Local Rule 37.1, Defendant Smith & Wesson Holding Corporation ("SWHC"), by and through its undersigned attorneys, respectfully moves this Court for entry of an order compelling the Lead Plaintiff, Oklahoma Firefighters Pension and Retirement System ("Plaintiff"), to provide responsive answers as well as documents and information responsive to SWHC's First Request for Production of Documents and Request for Interrogatories ("Discovery Requests").

WHEREFORE, for the foregoing reasons, as are set forth more fully in SWHC's Memorandum of Law in Support of its Motion to Compel the Production of Documents and Information from Plaintiff filed herewith, SWHC respectfully request that the Court enter an order:

    (a)    prohibiting Plaintiff from using or relying on any documents not produced in any motion or at trial concerning the discovery requests addressed more fully in SWHC's Memorandum of Law in support of its Motion to Compel;

    (b)    compelling Plaintiff to provide supplemental responses to each of the discovery requests referred to in this motion within ten (10) days of the entry of the Order along with an appropriate privilege log;

    (c)    allowing SWHC to recover costs and expenses incurred in bringing this Motion in accordance with Fed. R. Civ. P. 37(a)(5), including reasonable attorney's fees; and

(d) granting any other relief the Court deems appropriate.

DATED: February 16, 2010

                Smith & Wesson Holding Corp.,

                By its attorneys,

                /s/ John A. Sten
                John A. Sten (BBO #629577)
                Jason C. Moreau (BBO #648678)
                Michael E. Pastore (BBO #669692)
                GREENBERG TRAURIG, LLP
                One International Place
                Boston, Massachusetts 02110
                Telephone: (617) 310-6025
                Facsimile: (617) 279-8425
                stenj@gtlaw.com
                moreauj@gtlaw.com
                pastorem@gtlaw.com

| Francis D. Dibble, Jr. (BBO #123220) | E. Jeffrey Walsh (*Pro Hac Vice*) |
| --- | --- |
| BULKLEY, RICHARDSON & GELINAS, LLP | Brian J. Schulman (*Pro Hac Vice*) |
| | GREENBERG TRAURIG, LLP |
| 1500 Main Street, Suite 2700 | 2375 E. Camelback Road, Suite 700 |
| Springfield, Massachusetts 01115-5507 | Phoenix, Arizona 85016 |
| Telephone: (413) 272-6246 | Telephone: (602) 445-8000 |
| Facsimile: (413) 272-6804 | Facsimile: (602) 445-8100 |
| fdibble@bulkley.com | walshj@gtlaw.com |
| | schulmanb@gtlaw.com |

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel-of-record for SWHC hereby certifies, pursuant to Local Rule 7.1(A)(2), that they conferred with counsel-of-record for Plaintiff in a good faith effort to resolve and narrow the issues presented in this motion.

                /s/ John A. Sten
                John A. Sten

## CERTIFICATE OF SERVICE

    I, John A. Sten, certify that on February 16, 2010, the following document was filed electronically with the Court. Notice will be sent by e-mail to all parties through the Court's electronic filing system and the filing may be accessed through the Court's system.

                                         /s/ John A. Sten_____
                                         John A. Sten