UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SMITH & WESSON HOLDING CORP. SEC. LITIG. | Civil Action No. 07-CV-30238-MAP |

**DECLARATION OF JOHN A. STEN IN SUPPORT OF
DEFENDANT SMITH & WESSON HOLDING CORP.'S
OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, John A. Sten, declare and say:

1. I am an attorney at Greenberg Traurig, LLP, and am lead counsel for Defendants Michael F. Golden, John A. Kelly, and Smith & Wesson Holding Corporation ("SWHC") (collectively "Defendants").

2. On March 26, 2009, this Court filed its Memorandum and Order Regarding Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint. A true and accurate copy of this Order is attached hereto as Exhibit A.

3. On February 23, 2010, SWHC conducted the Deposition of Robert E. Jones, Jr., Plaintiff's designated representative under FED. R. CIV. P 30(b)(6). A true and accurate copy of the deposition transcript is attached hereto as Exhibit B.

4. On January 25, 2010, Plaintiff served their Amended Objections and Responses to SWHC's Request for Interrogatories. A true and accurate copy of Plaintiff's response to Interrogatory No. 12 is attached hereto as Exhibit C.

5. On October 29, 2007, SWHC issued a press release entitled "Smith & Wesson Holding Corporation Announces Preliminary Second Quarter Financial Results." A true and accurate copy of this press release is attached hereto as Exhibit D.

2

6.      On December 6, 2007, SWHC issued a press release entitled "Smith & Wesson Holding Corporation Posts Second Quarter Net Sales and Profits." A true and accurate copy of this press release is attached hereto as <u>Exhibit E</u>.

7.      On February 11, 2008, Plaintiff filed its Declaration re: Motion for Appointment as Lead Plaintiff ("Declaration"). Attached as Exhibit A to the Declaration is a chart portraying Plaintiff's purported trading activity with regard to SWHC common stock. A true and accurate copy of Plaintiff's chart is attached hereto as <u>Exhibit F</u>.

8.      On June 30, 2008, SWHC filed it's Form 10-K for fiscal year 2008 with the SEC. A true and accurate copy of Sections F-48 and F-49 of the Form 10-K is attached hereto as <u>Exhibit G</u>.

Signed under the pains and penalties of perjury this 8th day of March, 2010.

/s/ John A. Sten_____
John A. Sten (BBO# 629577)