**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ) | |
| IN RE SMITH & WESSON HOLDING ) | C.A. No. 07-30238 |
| CORP. SEC. LITIG. ) | |
| ) | |

**DECLARATION OF JASON M. LEVITON IN SUPPORT OF PLAINTIFF'S**
**REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS**
**MOTION FOR CLASS CERTIFICATION**

Jason M. Leviton deposes and says, to the best of his knowledge, that:

1.      I am an attorney with the law firm Berman DeValerio and counsel to

Plaintiff Oklahoma Firefighters Pension and Retirement System in the above-captioned

matter.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Third

Amendment To Investment Manager Agreement Between Board of Trustees Of The

Oklahoma Firefighters Pension And Retirement System And Waddell & Reed Investment

Management Company, including Exhibits A ("Investment Policy," dated effective as of

June 15, 2007) and B ("Non-Collusion Agreement"), attached thereto.  The document

was entered as Exhibit 7 during the deposition of Robert E. Jones, Jr. held on February

23, 2010 and was produced by Plaintiff with a Bates range of LP000106 – LP000150.

Signed under the penalties of perjury this 5th day of April, 2010.


  _/s/ Jason M. Leviton_____
Jason M. Leviton, Admitted *Pro Hac Vice*