UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SMITH & WESSON HOLDING CORP. SEC. LITIG. | Civil Action No. 07-CV-30238-MAP |

**DEFENDANT SMITH & WESSON HOLDING CORP.'S
MOTION TO STRIKE THE DECLARATION OF CANDACE L. PRESTON**

Defendants Michael F. Golden ("Golden"), John A. Kelly ("Kelly"), and Smith & Wesson Holding Corporation ("SWHC") (collectively "Defendants"), by and through their undersigned attorneys, respectfully move this Court, pursuant to FED. R. CIV. P. 16(f), 26(a)(2), 37(c), and Local Rule 37.1, for an order striking the Declaration of Candace L. Preston in support of Plaintiff's Motion for Class Certification ("Preston Declaration") filed by Lead Plaintiff, Oklahoma Firefighters Pension and Retirement System ("Plaintiff") in conjunction with its Reply in Further Support of Plaintiff's Motion for Class Certification ("Reply").

The grounds for this Motion are set forth in the accompanying Memorandum of Law.

DATED: April 20, 2010

                                                        Smith & Wesson Holding Corp.,

                                                        By its attorneys,

                                                        /s/  John A. Sten_____
                                                        John A. Sten (BBO #629577)
                                                        Jason C. Moreau (BBO #648678)
                                                        Michael E. Pastore (BBO #669692)
                                                        GREENBERG TRAURIG, LLP
                                                        One International Place
                                                       Boston, Massachusetts 02110
                                                       Telephone:  (617) 310-6025
                                                       Facsimile:  (617) 279-8425
                                                       stenj@gtlaw.com
                                                       moreauj@gtlaw.com
                                                       pastorem@gtlaw.com

| | |
|---|---|
| Francis D. Dibble, Jr. (BBO #123220) | E. Jeffrey Walsh (*Pro Hac Vice*) |
| BULKLEY, RICHARDSON & | Brian J. Schulman (*Pro Hac Vice*) |
| GELINAS, LLP | GREENBERG TRAURIG, LLP |
| 1500 Main Street, Suite 2700 | 2375 E. Camelback Road, Suite 700 |
| Springfield, Massachusetts 01115-5507 | Phoenix, Arizona 85016 |
| Telephone:  (413) 272-6246 | Telephone:  (602) 445-8000 |
| Facsimile:  (413) 272-6804 | Facsimile:  (602) 445-8100 |
| fdibble@bulkley.com | walshj@gtlaw.com |
| | schulmanb@gtlaw.com |

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel-of-record for SWHC hereby certifies, pursuant to Local Rule 7.1(A)(2), that they conferred with counsel-of-record for Plaintiff in a good faith effort to resolve and narrow the issues presented in this motion.

/s/ John A. Sten_____
John A. Sten

## CERTIFICATE OF SERVICE

I, John A. Sten, certify that on April 20, 2010, the foregoing document was filed electronically with the Court.  Notice will be sent by e-mail to all parties through the Court's electronic filing system and the filing may be accessed through the Court's system.

/s/ John A. Sten_____
John A. Sten