UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE SMITH & WESSON
HOLDING CORP. SEC. LITIG.

Civil Action No. 07-CV-30238-MAP

**DECLARATION OF JOHN A. STEN IN SUPPORT OF
DEFENDANT SMITH & WESSON HOLDING CORP.'S
MOTION TO STRIKE DECLARATION OF CANDACE L. PRESTON**

I, John A. Sten, declare and say:

1. I am an attorney at Greenberg Traurig, LLP, and am lead counsel for Defendant Smith & Wesson Holding Corp. ("SWHC").

2. On or about June 3, 2009, Lead Plaintiff, Oklahoma Firefighters Pension and Retirement System ("Plaintiff"), filed its Initial Disclosure Statement pursuant to Fed. Rule Civ. P. 26(a)(1). A true and accurate copy of Plaintiff's Initial Disclosure Statement is attached hereto as <u>Exhibit A</u>. This Disclosure did not identify Ms. Preston as a potential expert witness.

3. On or about August 18, 2009, Plaintiff filed an Amended Initial Disclosure Statement pursuant to Fed. R. Civ. P. 26(a)(1). A true and accurate copy of Plaintiff's Amended Initial Disclosure Statement is attached hereto as <u>Exhibit B</u>. This Disclosure likewise did not identify Ms. Preston as a potential expert witness.

4. On or about October 16, 2009, Defendant propounded its Request for Interrogatories ("Defendants' Interrogatories") on Plaintiff and requested, inter alia, the following information:

   (a) State the basis of your claim that Smith & Wesson securities were traded in an efficient market.

    (b)    State the basis of your contention that Plaintiff is entitled to a presumption of "fraud on the market."

    (c)    For each expert whom Plaintiff expects to call as a witness at any hearing or trial, state: (a) the name and address of the expert; (b) the subject matter on which the expert is expected to testify; (c) the substance of the facts and opinions to which the expert is expected to testify; and (d) the grounds for each such opinion.

A true and accurate copy of the relevant portion of Defendants' Interrogatories (Interrogatory No.'s 9, 10, 15) is attached hereto as Exhibit C.

    5.    On November 30, 2009, Plaintiff filed its Objections and Responses to Defendants' Request for Interrogatories ("Plaintiff's Responses"). Plaintiff objected to Interrogatory No. 15 stating, inter alia, that "Plaintiff has neither completed expert discovery nor prepared expert reports in this matter and, therefore, any response to Interrogatory No. 15 at this junction of the litigation would be premature." A true and accurate copy of the relevant portion of Plaintiff's Responses is attached hereto as Exhibit D.

    6.    On January 25, 2010, Plaintiff filed Amended Objections and Responses to Defendants' Request for Interrogatories ("Plaintiff's Amended Responses"). As part of its Amended Response to Interrogatory No. 15, Plaintiff stated that it "has neither completed expert discovery nor prepared expert reports in this matter and, therefore, any response to Interrogatory No. 15 at this junction of the litigation would be premature." A true and accurate copy of the relevant portion of Plaintiff's Responses is attached hereto as Exhibit E.

Signed under the pains and penalties of perjury this 20th day of April, 2010.

                                                    /s/ John A. Sten
                                                    John A. Sten (BBO# 629577)