**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IN RE SMITH & WESSON HOLDING CORP. SEC. LITIG. | ) ) ) ) ) | C.A. No. 07-30238 |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION
OF RESPONSIVE DOCUMENTS AND SERVICE OF
<u>ADEQUATE INTERROGATORY RESPONSES</u>**

Lead Plaintiff, Oklahoma Firefighters Pension and Retirement System ("Plaintiff"), respectfully submits this Motion to Compel Production of Responsive Documents and Service of Adequate Interrogatory Responses.

In further support of this motion, Plaintiff attaches Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Compel Production of Responsive Documents and Service of Adequate Interrogatory Responses submitted herewith.

WHEREFORE, Plaintiff respectfully requests that this Court grant its motion to compel Defendants to provide further and adequate discovery responses.

Respectfully submitted,

Dated: April 27, 2010   By: **BERMAN DEVALERIO**

By: /s/ Bryan A. Wood
Glen DeValerio, BBO#122010
Bryan A. Wood, BBO# 648414
Jason M. Leviton, admitted *Pro Hac Vice*
One Liberty Square
Boston, Massachusetts 02109
Tel.: 617-542-8300
Fax: 617-542-1194
Email: *bwood@bermanesq.com*

**Lead Counsel for Lead Plaintiff Oklahoma
Firefighters Pension and Retirement System**

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Plaintiff hereby certifies, pursuant to Local Rule 7.1(a)(2), that they conferred with counsel for Defendants in a good faith effort to resolve and narrow the issues presented in this motion.

/s/ Bryan A. Wood
Bryan A. Wood

## FEDERAL RULE OF CIVIL PROCEDURE 37(d)(1)(B) and LOCAL RULE 37.1 CERTIFICATION

Counsel for Plaintiff hereby certifies, pursuant to Federal Rule of Civil Procedure 37(d)(1)(B) and Local Rule 37.1(a)(2), that they conferred with counsel for Defendants in a good faith effort to resolve and narrow the issues presented in this motion.

/s/ Bryan A. Wood
Bryan A. Wood

## CERTIFICATE OF SERVICE

I, Bryan A. Wood, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants by first class mail on April 27, 2010.

Dated:  April 27, 2010          /s/ Bryan A. Wood
                                Bryan A. Wood