UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SMITH & WESSON HOLDING CORP. SEC. LITIG. ) ) ) ) | C.A. No. 07-30238 |

MAP 5.11.10 [PROPOSED] ORDER

UPON CONSIDERATION OF Lead Plaintiff's Motion for Class Certification and Memorandum of Law in Support,

IT IS HEREBY ORDERED THAT:

1. This action is certified under Rule 23(c)(1) of the Federal Rules of Civil Procedure, on behalf of a class consisting of all persons and entities that purchased Smith & Wesson Holding Corporation ("S&W") securities between June 14, 2007 and December 6, 2007 ("Class Period"), and who suffered damages thereby ("Class"). Excluded from the Class are: (i) the Defendants, (ii) any person who was an officer or director of S&W, or any of its parents or subsidiaries, during the Class Period, (iii) the members of the immediate family of each of the Individual Defendants, (iv) any entity in which any Defendant had a controlling interest during the Class Period, (v) any parent or subsidiary of S&W, (vi) any incentive, retirement, stock or other benefit plan that benefited solely the Individual Defendants; and (vii) the legal representatives, heirs, predecessors, successors or assigns of any of the foregoing excluded persons and entities.

2. Lead Plaintiff Oklahoma Firefighters Pension and Retirement System is hereby certified as class representative on behalf of the Class.

3. The law firm of Berman DeValerio is designated as Lead Counsel for the Class.

Dated: May 11, 2010

/s/ Michael A. Ponsor
Michael A. Ponsor
United States District Judge